

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-13-00870-CV

Frank **HERRERA**, Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

## O R D E R

On May 29, 2014, we abated the appeal to the trial court with instructions to conduct a hearing and to determine whether or not the appeal is frivolous pursuant to section 13.003 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002). In response to our May 29, 2014 order, the trial court conducted a hearing and a supplemental clerk's record has been filed containing the trial court's findings of fact and conclusions of law on the issue of whether or not the appeal is frivolous. *See id.* Accordingly, the appeal is REINSTAED on this court's docket.

The trial court concluded that the appeal is frivolous, and that the court reporter is not required to prepare a reporter's record free of charge. Given this determination, appellant, who is indigent, will not be provided with a reporter's record free of cost. *See id.* We will, therefore, determine the appeal without the benefit of the reporter's record. *See* TEX. R. APP. P. 37.3(c) (when reporter's record is not filed, appellate court may consider and decide those issues or points that do not require a reporter's record for a decision). **We order appellant to file his appellant's brief in this court on or before 30 days from the date of this order.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court